UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS RICHEY,<br><br>              Plaintiff,<br><br>    v.<br><br>WILLIAM LANE,<br><br>              Defendant. | CASE NO. C09-5195FDB<br><br>ORDER ON DEFENDANT'S MOTION TO STAY DISCOVERY |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the Court is Defendant's Motion to Stay Discovery, (Dkt. # 5).

The motion to stay discovery is contained in a pending Motion to Dismiss. Staying discovery does not require the Magistrate Judge to issue a Report and Recommendation because the issue is not dispositive of the case.

Defendant Lane has raised the affirmative defense of qualified immunity (Dkt. # 5, motion to dismiss, page 2). A District Court has wide discretion in staying discovery when

ORDER - 1

qualified immunity is a defense.  Little v City of Seattle, 863 F.2d 681 (9th Cir. 1988).  There is a body of law indicating that stay of discovery is proper while the issue of qualified immunity is pending.  Di Martini v. Ferrin, 889 F.2d 922 (9th Cir. 1989); Pelletier v. Federal Home Loan Bank of San Francisco, 968 F.2d 865 (9th Cir. 1992).  Defendant's motion to stay discovery is GRANTED.

DATED this 1st day of June, 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge