# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS RICHEY

v.

WILLIAM LANE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5195FDB/JRC

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

This action is remanded to Grays Harbor Superior Court given that the amended complaint contains no federal issues and Plaintiff may not again amend the complaint without leave of court.

| June 29, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

_s/CM Gonzalez_
Deputy Clerk